

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00099-CV

O.F. Jones III, Individually, d/b/a Law Office of O.F. Jones III
v.
Richard Whatley

On Appeal from the
267th District Court of Calhoun County, Texas
Trial Cause No. 06-06-0038

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the case remanded to the trial court. The Court orders the judgment of the trial court set aside without regards to the merits and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

May 29, 2014